**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **VISION BANK,** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| **vs.** | :    CA 10-0543-CG-B |
| | : |
| **DYNAMIC AIR, INC., et al.,** | : |
| | : |
|     **Defendants.** | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there being no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 30, 2011 (Doc. 31), is **ADOPTED** as the opinion of this court; therefore, the defendants' motion to dismiss for lack of subject matter jurisdiction (Doc. 23) is hereby **DENIED**.

**DONE and ORDERED** this 15th day of April, 2011.

                                                        /s/ Callie V. S. Granade
                                                        UNITED STATES DISTRICT JUDGE